UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEU, as Proposed Administrator Of
the Estate of PAMELA LEU, Deceased,

Plaintiffs,

-against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT
COMPANY, WARNER LAMBERT COMPANY
LLC, ACTAVIS INC., ACTAVIS ELIZABETH
LLC and PUREPAC PHARMACEUTICAL CO.,

Defendants.

Civil Action No.: 08-CV-5160 (DAB)

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS ACTAVIS INC., ACTAVIS ELIZABETH LLC, AND PUREPAC PHARMACEUTICAL CO.

Defendants Actavis Inc., Actavis Elizabeth LLC, and Purepac Pharmaceutical Co., by

their undersigned counsel, make the following disclosures as required by Federal Rule of Civil

Procedure 7.1(a):

1.    Actavis Inc. is an indirect wholly-owned subsidiary of Actavis Group hf, a

publicly held limited liability company established under the laws of Iceland.  No publicly held

corporation owns 10% of more of Actavis Group hf stock.

2.    Purepac Pharmaceutical Co. now does business as Actavis Elizabeth LLC, which

in turn is a wholly-owned subsidiary of Actavis Inc.

Dated: June 4, 2008

HARRIS BEACH PLLC

By: _____
        Steven A. Stadtmauer (SAS-2632)

100 Wall Street
New York, New York 10005
(212) 687-0100

-and-

McKenna Long & Aldridge LLP
Ray M. Aragon, Esq.
1900 K Street NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Defendants*
*Actavis Inc., Actavis Elizabeth LLC, and*
*Purepac Pharmaceutical Co.*

281112.1