## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 4, 2008, I caused to be served copies of the NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 DISCLOSURE AND NOTICE OF APPEARANCE upon the following attorneys for the parties via First Class Mail:

To:    Andrew J. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Ave
Newburgh, NY 12550
Email: afinkelstein@lawampm.com
*Attorneys for Plaintiffs*

Beth L. Kaufman
Schoeman, Updike & Kaufman, LLP
60 E. 42nd Street
New York, NY 10165
Email: bkaufman@schoeman.com
*Attorneys for Pfizer Defendants*

                            /s/
                     Steven A. Stadtmauer (SS 2632)

281113.1