AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEU, as Proposed Administrator of the Estate of PAMELA LEU, Deceased, Plaintiff,

-against-

PFIZER INC., PARKE-DAVIS, A division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC, ACTAVIS INC., ACTAVIS ELIZABETH LLC and PUREPAC PHARMACEUTICAL CO., Defendants.

**APPEARANCE**

Case Number: 08-CV-5160 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, ACTAVIS INC., ACTAVIS ELIZABETH LLC and PUREPAC PHARMACEUTICAL CO.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/4/2008 | _/s/ Steven A. Stadtmauer_ |
| Date | Signature |
| | Steven A. Stadtmauer (SS 2632) |
| | Print Name / Bar Number |
| | 100 Wall Street |
| | Address |
| | New York, NY 10005 |
| | City / State / Zip Code |
| | (212) 687-0100 / (212) 687-0659 |
| | Phone Number / Fax Number |