## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MICHAEL LEU, as Proposed Administrator of the
Estate of PAMELA LEU, Deceased,

**Index No.: 08-cv-5160 (DAB)**

Plaintiffs,

-against-

PFIZER INC., PARKE-DAVIS, a division of Warner-
Lambert Company and Warner-Lambert Company
LLC, WARNER-LAMBERT COMPANY, WARNER-
LAMBERT COMPANY LLC, ACTAVIS INC.,
ACTAVIS ELIZABETH LLC and PUREPAC
PHARMACEUTICAL CO.,

Defendants.

## NOTICE OF TAG ALONG ACTION

**PLEASE TAKE NOTICE** that on October 26, 2004, the Judicial Panel on Multidistrict

Litigation (the "Panel") entered an order transferring 27 Neurontin marketing, sales practices and

product liability cases pending in the federal courts to the United States District Court for the

District of Massachusetts, for coordinated or consolidated pretrial proceedings pursuant to 28

U.S.C. § 1407 (the "MDL Transfer Order").  *See* MDL 1629, *In re Neurontin Marketing,*

*Sales Practice and Products Liability Litigation* (D. Mass.).

The MDL Transfer Order also applies to "tag-along actions," actions pending in federal

district courts and involving common questions of fact with actions previously transferred under

Section 1407.

Counsel for Defednants is notifying the Clerk of the Panel that this case is a potential tag-along action, which may be subject to transfer to MDL 1629.

Dated: New York, New York
June 6, 2008

**HARRIS BEACH PLLC**

By: _____/s/_____
Steven A. Stadtmauer

100 Wall Street
New York, New York 10005
Tel.: (212) 687-0100
Fax: (212) 687-0659

*-and-*

**McKENNA LONG & ALDRIDGE LLP**
Ray M. Aragon, Esq.
Lisa M. Norrett, Esq.
1900 K Street NW
Washington, DC 20006
Tel: (202) 496-7500

*Attorneys for Defendants*
*Actavis Inc., Actavis Elizabeth LLC, and*
*Purepac Pharmaceutical Co.*

TO:    Andrew G. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, New York 12550
(845) 562-0203

*Attorneys for Plaintiffs*

Beth L. Kaufman, Esq.
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030

*Attorneys for Defendants*
*Pfizer Inc. and Warner Lambert Company LLC*

281442.1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on June 6, 2008, I caused to be served copies of the

NOTICE FOR TAG ALONG via the Court's Electronic Case Filing System upon the

following attorneys for the parties:


To:    Andrew J. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Ave
Newburgh, NY 12550
Email:  afinkelstein@lawampm.com
*Attorneys for Plaintiffs*


Beth L. Kaufman
Schoeman, Updike & Kaufman, LLP
60 E. 42nd Street
New York, NY  10165
Email:  bkaufman@schoeman.com
*Attorneys for Pfizer Defendants*


_____/s/_____
Steven A. Stadtmauer (SS 2632)


281113.1