UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL LEU, as proposed Administrator
of the Estate of PAMELA LEU, Deceased,

                           Plaintiff,

          -vs-

PFIZER, INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC, ACTAVIS
INC., ACTAVIS ELIZABETH LLC and PUREPAC
PHARMACEUTICL CO.,

                         Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

08 CIV 5160 (DAB)

To the Clerk of the court and all parties of record:

Enter my appearance in this case for the plaintiff MICHAEL LEU, as proposed Administrator of the Estate of PAMELA LEU, Deceased.

I certify that I am admitted to practice in this court.

June 9, 2008

                                      _____
                                      ELEANOR L. POLIMENI, ESQ. (EP-8687)
                                      of FINKELSTEIN & PARTNERS, LLP
                                      436 Robinson Avenue
                                      Newburgh, N.Y. 12550
                                      Phone: (800) 634-1212
                                      Fax: 845-562-3492
                                      E-mail: epolimeni@lawampm.com

CC: DAVIS POLK & WARDWELL
      450 Lexington Avenue
      New York, N.Y. 10017

      McKENNA LONG & ALDRIDGE LLP
      1900 K Street NW
      Washington, D.C. 20006