Beth L. Kaufman (BK 7809)
Christopher Milito (CM 3563)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
Attorneys for Defendants Pfizer Inc. and Warner Lambert Company LLC
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL LEU, as Proposed Administrator of
the Estate of PAMELA LEU, Deceased,

                             Plaintiff,                        08 CIV 5160 (DAB)
                                                                        ECF CASE

               -against-

PFIZER INC., PARKE DAVIS, a division of               NOTICE OF
Warner-Lambert Company and Warner-Lambert      APPEARANCE
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC,
ACTAVIS INC., ACTAVIS ELIZABETH LLC,
and PUREPAC PHARMACEUTICAL CO.

                             Defendants.
------------------------------------------------------------X

       PLEASE TAKE NOTICE, that the undersigned hereby appears as counsel for PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC, and requests that copies of all papers served in the action be served upon it at the address listed below.

Dated:     New York, New York
              July 2, 2008

                                              SCHOEMAN, UPDIKE & KAUFMAN, LLP

                                              By: _____
                                              Beth L. Kaufman (BK 7809)
                                              Christopher Milito (CM 3563)
                                              60 East 42nd Street
                                              New York, New York 10165
                                              (212) 661-5030

OF COUNSEL:
Scott W. Sayler
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

TO:

Andrew G. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, New York 12550
(845) 562-0203

*Attorneys for Plaintiffs*

Steven A. Stadtmaur
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

Ray M. Aragon, Esq.
Lisa M. Norrett, Esq.
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Defendants
Actavis Inc., Actavis Elizabeth LLC, and
Purepac Pharmaceutical Co.*