Beth L. Kaufman (BK 7809)
Christopher Milito (CM 3563)
SCHOEMAN, UPDIKE & KAUFMAN, LLP
Attorneys for Defendants Pfizer Inc. and Warner Lambert Company LLC
60 East 42nd Street
New York, New York 10165
(212) 661-5030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL LEU, as Proposed Administrator of
the Estate of PAMELA LEU, Deceased,

       Plaintiff,       08 CIV 5160 (DAB)
               ECF CASE
  -against-
               **DEFENDANTS'**
PFIZER INC., PARKE DAVIS, a division of   **FED. R. CIV. P. 7.1**
Warner-Lambert Company and Warner-Lambert **DISCLOSURE**
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC,
ACTAVIS INC., ACTAVIS ELIZABETH LLC,
and PUREPAC PHARMACEUTICAL CO.

       Defendants.
------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Pfizer Inc. is a publicly-traded company that has no parent corporation and no entity owning 10% or more of its stock. Pfizer Inc. is the sole shareholder of Warner-Lambert Company LLC, which is a Delaware limited liability company and the successor to Warner-Lambert Company. Parke-Davis is a wholly owned subsidiary of Pfizer.

Dated:  New York, New York
     July 2, 2008

            SCHOEMAN, UPDIKE & KAUFMAN, LLP

            By: _/s/_
            Beth L. Kaufman (BK 7809)
            Christopher Milito (CM 3563)
            60 East 42nd Street
            New York, New York 10165
            (212) 661-5030

2993117v1

OF COUNSEL:
Scott W. Sayler
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

TO:

Andrew G. Finkelstein, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, New York 12550
(845) 562-0203

*Attorneys for Plaintiffs*

Steven A. Stadtmaur
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

Ray M. Aragon, Esq.
Lisa M. Norrett, Esq.
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Defendants
Actavis Inc., Actavis Elizabeth LLC, and
Purepac Pharmaceutical Co.*

-2-

2993117v1